IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PARKER-HANNIFIN CORP. and<br>PARKER INTANGIBLES, LLC,<br>    Plaintiffs, | : | CIVIL ACTION |
| v. | : | |
| TESTO, INC., a/k/a TESTO<br>NORTH AMERICA and<br>TESTO SE & Co. KGaA,<br>    Defendants. | : | No. 22-135 |

## ORDER

**AND NOW**, this **24th** day of **April 2023**, upon consideration of Plaintiffs' motion to dismiss Defendants' counterclaims (ECF 16) and Defendants' response (ECF 17), it is **ORDERED** that:

1. Plaintiffs' motion is **GRANTED** with respect to Defendants' first counterclaim seeking a declaratory judgment for non-infringement, which is **DISMISSED** without prejudice. Defendants may amend their non-infringement counterclaim **on or before Monday, May, 15, 2023**; and

2. Plaintiffs' motion is **DENIED** with respect to Defendants' second counterclaim seeking a declaratory judgment based on patent invalidity.

BY THE COURT:

_____
Berle M. Schiller, J.